# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRADETH SINBOULAY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:19-cv-0867 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF VIRADETH SINBOULAY AND AGAINST DEFENDANT ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On February 27, 2020, Plaintiff and the Commissioner of Social Security stipulated to a remand of Plaintiff's appeal pursuant to sentence four of 42 U.S.C. § 405(g), for an ALJ to issue a new decision. (Doc. 15 at 1) In addition, the parties "request that the Clerk of Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant." (*Id.* at 2) Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Viradeth Sinboulay, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 28, 2020**         **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE