# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRADETH SINBOULAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-00864 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 18) |

Viradeth Sinboulay and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $4,605.00 are **AWARDED** to Plaintiff Viradeth Sinboulay.

IT IS SO ORDERED.

　　Dated: **April 6, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE