# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRADETH SINBOULAY, | ) Case No.: 1:19-cv-00867 - JLT |
| Plaintiff, | ) AMENDED ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) (Doc. 18) |
| Defendant. | ) |

Viradeth Sinboulay and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $4,650.00 are **AWARDED** to Viradeth Sinboulay.

IT IS SO ORDERED.

Dated: **April 14, 2020**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE